## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| Y.A., *through his next friend Sara Adams, in the care of Prince George's County Department of Social Services*,<br>Y.B., *through his next friend Beverly Schulterbrandt, in the care of Baltimore County Department of Social Services*, and<br>B.F., *through his next friend Janice Falk, in the care of Howard County Department of Social Services*<br><br>      Plaintiffs,<br><br>v.<br><br>LOURDES R. PADILLA, *in her official capacity as Secretary of the Maryland Department of Human Services*, and<br>DENISE CONWAY, *in her official capacity as Executive Director of the Maryland Social Services Administration*,<br><br>      Defendants. | Civil Action No. TDC-23-0109 |

**ORDER**

The parties have filed a request to stay the proceedings for a limited period of time to provide the parties with the opportunity to continue settlement negotiations and for a referral to a United States Magistrate Judge for mediation. The Court having reviewed the request, it is hereby ORDERED that:

1. The request to stay the case, ECF No. 33, is GRANTED.

2. The case will be referred to a United States Magistrate Judge for mediation.

3. The case is STAYED until **14 days** after the mediation session.

4. If the case has not resolved, the parties shall file a Joint Status Report no later than **14 days** after the mediation session.

Date: March 10, 2023

_____
THEODORE D. CHUANG
United States District Judge